UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Helen L. Williams | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-14411MDC |

## ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this _20TH_ day of _MARCH_, 2017 upon consideration of the Debtor's Motion for an Expedited Hearing to hear Motion for Authority Sell Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that a hearing will take place on:
Date _4-6-17_
Time _1:00 p.m._

Debtor's Counsel shall serve the Motion and said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee on or before March 22, 2017. Debtor shall file a Certificate of Service prior to the hearing

~~FURTHER ORDERED:~~

Hon. Magdeline D. Coleman