UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Helen L. Williams | Chapter 13 |
| Debtor | Case No.: 16-14411 MDC |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Order to Schedule a Hearing on her Motion to Sell Property Free and Clear of Liens was made by electronic or Regular US Mail on all interested creditors, and the following parties:

**William C. Miller**
Chapter 13 Trustee
(Via Electronic Service)

**United States Trustee**
(Via Electronic Service)

**Max Chania**
Max.chania@foxroach.com (Buyer's Realtor)

**Rashid Yusuf**
rashidyusuf@gmail.com (Seller's Realtor)

Dated: March 21, 2017

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107