United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-14411-mdc
Helen L Williams                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Denine              Page 1 of 1              Date Rcvd: Mar 21, 2017
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
db           +Helen L Williams,    7911 Fayette St.,    Philadelphia, PA 19150-2103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
     BRAD J. SADEK    on behalf of Debtor Helen L Williams brad@sadeklaw.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Helen L. Williams | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-14411MDC |

### ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this 20TH day of MARCH, 2017 upon consideration of the Debtor's Motion for an Expedited Hearing to hear Motion for Authority Sell Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that a hearing will take place on:
Date 4-6-17
Time 1:00 p.m.

Debtor's Counsel shall serve the Motion and said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee on or before March 22, 2017. Debtor shall file a certificate of service prior to the hearing

~~FURTHER ORDERED:~~

Hon. Magdeline D. Coleman