UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Helen L. Williams | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-14411MDC |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this  6th  day of  April , 2017 upon consideration of the Motion of Helen L. Williams, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located at 6508 N Uber Street, Philadelphia, PA 19138 is approved.

3. The Debtor is authorized to sell the property known as and located at 6508 N Uber Street, Philadelphia, PA 19138 in accordance with the terms and conditions that are set for the in the Agreement of Sale.

4. The Buyer has not assumed any liabilities of the Debtors.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without

further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. ~~At~~ *One (1) day prior to* the closing of said real estate sale the closing agent shall provide the Standing Chapter 13 Trustee with the final HUD-1 or Settlement Sheet.

9. At the closing, The Closing Agent shall forward to the Standing Chapter 13 Trustee payment in an amount sufficient to pay in full all amounts outstanding under the terms of the Debtor's confirmed Chapter 13 plan.

FURTHER ORDERED:

_____
Hon. Magdeline D. Coleman