United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14411-mdc
Helen L Williams                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Denine              Page 1 of 1           Date Rcvd: Apr 06, 2017
                             Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
db             +Helen L Williams,    7911 Fayette St.,    Philadelphia, PA 19150-2103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Helen L Williams brad@sadeklaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Helen L. Williams | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-14411MDC |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this 6th day of April, 2017 upon consideration of the Motion of Helen L. Williams, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located at 6508 N Uber Street, Philadelphia, PA 19138 is approved.

3. The Debtor is authorized to sell the property known as and located at 6508 N Uber Street, Philadelphia, PA 19138 in accordance with the terms and conditions that are set for the in the Agreement of Sale.

4. The Buyer has not assumed any liabilities of the Debtors.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without

further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. ~~At the~~ One (1) day prior to closing of said real estate sale the closing agent shall provide the Standing Chapter 13 Trustee with the final HUD-1 or Settlement Sheet.

9. At the closing, The Closing Agent shall forward to the Standing Chapter 13 Trustee payment in an amount sufficient to pay in full all amounts outstanding under the terms of the Debtor's confirmed Chapter 13 plan.

FURTHER ORDERED:

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman