United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14411-mdc
Helen L Williams                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 1              Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db             +Helen L Williams,    7911 Fayette St.,   Philadelphia, PA 19150-2103
13747617       +JAMES ZWOLACK, ESQ,    City of Philadelphia, Law Department,
                 Municipal Services Building, 5th Floor,    1401 JFK Boulevard,    Philadelphia, PA 19102-1617
13814401       +MidFirst Bank,    999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13747618       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,   Oklahoma City, OK 73118-6051
13747619       +Santander Consumer USA,    P.O. Box 961245,   Ft Worth, TX 76161-0244
13758424       +Santander Consumer USA INC,    PO BOX 560284,   Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:32:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13763484       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 09 2017 02:32:15     Asset Acceptance, LLC,
                 P.O. Box 2036,    Warren, MI 48090-2036
13747613       +E-mail/Text: bknotice@bhlmlaw.com Sep 09 2017 02:31:32
                 Blatt, Hasenmiller, Leibsker & Moore LLC,   1835 Market Street,    Suite 501,
                 Philadelphia, PA 19103-2933
13747614        E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:20     City of Philadelphia,   Tax Unit,
                 Law Department,    1401 John. F Kennedy BLVD., 5th Floor,   Philadelphia, PA 19102
13829545       +E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:20
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13747616       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 09 2017 02:36:24     Credit One Bank NA,
                 P.O. Box 98875,    Las Vegas, NV 89193-8875
13799197        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 02:36:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13747615        Credit Coll
13836471*      +CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
                                                                                          TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Helen L Williams brad@sadeklaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Helen L Williams
    Debtor(s)

Bankruptcy No: 16−14411−mdc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/8/17

39 − 38
Form 138_new